COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
| | § | No. 08-13-00176-CR |
| IN RE: STUART L. LEEDS, | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## **O P I N I O N**

Stuart L. Leeds, Relator, has filed a petition for writ of mandamus against the Honorable Ben Woodward,[1] seeking relief from an order denying Relator's motion to disqualify the El Paso District Attorney's Office from prosecuting a contempt action against Relator. We deny Relator's motion for emergency relief and the petition for writ of mandamus.

To be entitled to mandamus relief, the relator must show two things: (1) that he has no adequate remedy at law, and (2) that what he seeks to compel is a ministerial act. *In re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex.Crim.App. 2013); *State ex rel. Young v. Sixth Judicial District Court of Appeals*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). Based on the petition and record before us, Relator has failed to establish that he is entitled to the requested relief in

---

[1] Judge Ben Woodward is the Judge of the 119th District Court in Concho, Runnels, and Tom Green Counties, Texas. He was assigned to hear the *de novo* contempt hearing filed by the District Attorney's Office against Leeds. *See* TEX.GOV'T CODE ANN. § 21.002(d)(West 2004).

his motion for emergency relief and his petition for writ of mandamus. *See* TEX.R.APP.P. 52.8, 52.10. We therefore deny the motion for emergency relief and the mandamus petition.


PER CURIAM

June 20, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)